# Affidavit Of Fact

81,359-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

I, Steve Battles, being dully sworn swear under penalty of Perjury do Attest the following:

A Post Conviction application for Writ of Habeas Corpus was filed IN this Said Court IN The 24th District Court of Victoria County, Texas on the 28th day of March, 2014.

Application was Returned to the District Clerk, Cathy Stuart, Victoria, Texas 77902, for Defect of form. Petitioner filed a motion to Stay and Amend, that was dismissed due to the fact Post Conviction application for Writ of Habeas Corpus (73.1-73.6) was Amended Effective January 1, 2014.

Petitioner STEVE Battles States That The Texas Rules of Court Volume I - State 2014 Was not available at the Time that Petitioner filed his Original Writ of Application for Habeas Corpus.

Affiant Sayeth Further Not.

Steve Battles

STEVE Battles

Sworn and Subscribed before me, the undersigned authority on this __11__ day of February 2015

_____
Notary Public, STATE of Texas

Declined Notary Sent I-60

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Mr. Prator - Law Librian.

I NEEd Verification That The Texas Rule of Court Volume I - State was Recieved Mar. 31 2014. (Placed on Self)

If There was a Recieved date before Placing on Self Please Recite date.

Name: STEVE Bottles                      No: 1783447                    Unit: EA

Living Quarters: I-3-6                    Work Assignment: Sdl

**DISPOSITION:** (Inmate will not write in this space)

The Tex. Rules of court State was received on

3-31-2014.

K. Prator
Law L. b.

☆I-60 (Rev. 11-90)

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❏ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❏ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❏ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❏ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ❏ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❏ *Parole requirements and related information (Unit Parole Counselor)*

7. ❏ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❏ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: **Law Library**

*(Name and title of official)*

DATE: **2/12/2015**

ADDRESS: _____